**FILED**
01 JUL -2 PM 2:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **KYLE FELTS, et al.,** | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO.: |
| v. | § § | **CV-01-N-0832-W** |
| **SEALY MANAGEMENT CO., INC., et al.** | § § | |
| Defendants. | § § | |

## NOTICE OF DISMISSAL

Pursuant to R. 41, <u>Fed. R. Civ. Pro.</u>, Defendant Sealy Management Co., Inc., hereby voluntarily dismisses its counterclaim for unpaid rent in the above-styled action with prejudice.

_____
Thomas W. Scroggins
Attorney for Defendants Sealy Management
Co., Inc., Sealy Realty Company, Inc.,
Charlie O. Sealy, Steven R. Kennedy,
Sandra Askew, and Richard Hennings

OF COUNSEL:
TANNER & GUIN, L.L.C.
Attorneys at Law
Capitol Park Center
2711 University Boulevard (35401)
P. O. Box 3206
Tuscaloosa, Alabama 35403-3206
Telephone: (205) 633-0200
Facsimile: (205) 633-0290
Website: www.tannerguin.com

**ENTERED**
JUL 0 6 2001

**SO ORDERED**, this the ___6th___ day of July, 2001.

_____
EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE